# United States Court of Appeals for the Fifth Circuit

No. 21-20617

Fredric A. Guenther; Walton Fujimoto, Les Owen

*Plaintiffs—Appellees*,

*versus*

BP Retirement Accumulation Plan; BP Corporation North America, Incorporated,

*Defendants—Appellees*,

*versus*

Michael Press,

*Movant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-995

Before Jones, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellant's Opposed Motion for Stay Pending Appeal is GRANTED.